PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO**

| | |
|---|---|
| JAVIER GONZALES BENITEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-01573-BAM<br><br>**UNOPPOSED MOTION FOR FIRST EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between Javier Gonzales Benitez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is July 14, 2017. The new date will be August 14, 2017. An extension of time is needed because the attorney responsible for briefing this case is still tending to

a backlog of cases after having been on medical leave. This request is made in good faith with no intention to unduly delay the proceedings.

This is the first extension of time request by Defendant in the above-captioned matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: July 11, 2017        JONATHAN OMAR PENA

By: */s/ Jonathan Omar Pena* *
Pena & Bromberg
Attorney for Plaintiff
(*As authorized by e-mail on July 11, 2017)

Date: July 11, 2017        PHILLIP A. TALBERT
United States Attorney

 */s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time to August 14, 2017, to file an opposition to Plaintiff's Opening Brief. All other deadlines set forth in the October 21, 2016 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **July 12, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE