PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBM 267090
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5602
    Facsimile: (415) 744-0134
    E-Mail: Gina.Tomaselli@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JAVIER GONZALES BENITEZ, | Case No. 1:16-cv-01573-BAM |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Javier Gonzales Benitez (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is August 14, 2017. The new date will be September 13, 2017. An extension of time is needed because the attorney responsible for briefing this case has experienced a serious flare-up of a chronic illness and will be taking some medical leave. This request is made in good faith with no intention to unduly delay the proceedings.

This is the second extension of time request by Defendant in the above-captioned matter. Defendant is aware that more than one extension is disfavored and apologizes both to Plaintiff and the Court for the inconvenience. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: August 4, 2017     JONATHAN OMAR PENA

By: */s/ Jonathan Omar Pena* *
Pena & Bromberg
Attorney for Plaintiff
(*As authorized by e-mail on August 4, 2017)

Date: August 4, 2017     PHILLIP A. TALBERT
United States Attorney

*/s/ Gina Tomaselli*
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have a thirty-day extension of time, to and including **September 13, 2017**, in which to file a response Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 7, 2017**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE